**Opinion issued August 1, 2024**



In The

# Court of Appeals

For The

# First District of Texas

—————————

**NOS. 01-24-00551-CR
01-24-00552-CR
01-24-00564-CR
01-24-00565-CR
01-24-00566-CR**

—————————

## IN RE BARON YATES A/K/A BANON YATES, RELATOR

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator has filed these petitions for writ of mandamus complaining that the trial court has a ministerial duty to grant his "Motion to Dismiss Court Appointed Attorney and Appoint New Counsel to Act on Behalf of Defendant."[1]

---

[1] The underlying cases are *The State of Texas v. Yates*, cause numbers 1833572, 1833364, 1833417, 1824986, 1828678, pending in the 178th District Court of Harris County, Texas, the Honorable Kelli Johnson, presiding.

We **deny** the petitions for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).